UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Lisa Anne Filiatrault,

       Plaintiff,

vs.                                                                ORDER ADOPTING
                                                            REPORT AND RECOMMENDATION

Christal Lynn McIntyre,

       Defendant.                                  Civil No. 16-216 (PJS/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

    1.    That this case is **DISMISSED** without prejudice.

    2.    That Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs, [Docket No. 2], is **DENIED as moot**.

    3.    Judgment is entered accordingly.

DATED: 4/14/16                                       s/Patrick J. Schiltz
At Minneapolis, Minnesota                    Patrick J. Schiltz, Judge
                                                       United States District Court